UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

JOANNE W. MARTIN
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED

    Plaintiff,

    v

MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC, AND
ENCORE CAPITAL GROUP, INC.,

    Defendants.

}
}
}
}
}
}
}
}
}
}
}
}
}

Civil Action, File No.
2:15-cv-04560-JFB-ARL

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   **JAN 20 2017**   ★

**LONG ISLAND OFFICE**

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against

all Defendants.

/s/
_____
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 629-7709

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN, P.C.**

By: /s/ *Matthew B. Johnson, Esq.*
Matthew B. Johnson (MJ 1622)
88 Pine Street, 21st Floor
New York, New York 10005
(212) 376-6433
MBJohnson@mdwcg.com
*Attorneys for Defendants*

The Clerk of the Court
shall close the case.

**SO ORDERED**
s/ Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: Jan. 20 20 17
Central Islip, N.Y.